# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS

* * * * * * * * * * * * * * * * * * * * * * *
ROBERT DONCHESS,

          Petitioner,

v.

SECRETARY OF HEALTH
AND HUMAN SERVICES,

          Respondent.
* * * * * * * * * * * * * * * * * * * * * * *

No. 21-1603V

Special Master Christian J. Moran

Filed: February 23, 2023

## ORDER CONCLUDING PROCEEDINGS[1]

On February 16, 2023, petitioner moved for voluntary dismissal under Vaccine Rule 21(a)(1)(B). Respondent does not oppose petitioner's motion for voluntary dismissal.

On February 23, 2023, a status conference was held during which petitioner's counsel confirmed that petitioner did not want a judgment and wanted to conclude the case definitively.

Accordingly, pursuant to Vaccine Rule 21(a), the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

s/Christian J. Moran
Christian J. Moran
Special Master

---

[1] The E-Government Act, 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services), requires that the Court post this decision on its website. Pursuant to Vaccine Rule 18(b), the parties have 14 days to file a motion proposing redaction of medical information or other information described in 42 U.S.C. § 300aa-12(d)(4). Any redactions ordered by the special master will appear in the document posted on the website.